Ivan C. McLEOD, Regional Director of the Second Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, Appellee,

v.

DRIVERS AND CHAUFFEURS LOCAL UNION NO. 816, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, Appellant.

No. 276, Docket 25981.

United States Court of Appeals
Second Circuit.

Argued April 6, 1960.

Decided April 26, 1960.

Winthrop A. Johns, Asst. Gen. Counsel, N. L. R. B., Washington, D. C. (Stuart Rothman, Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, and James M. Fitzpatrick, Atty., N. L. R. B., Washington, D. C., on the brief), for appellee.

Herbert A. Levy, New York City (Cohen & Weiss and Jack Last, New York City, on the brief), for appellant.

Before CLARK, HINCKS, and FRIENDLY, Circuit Judges.

PER CURIAM.

We think Judge Ryan was correct in concluding that the plaintiff Regional Director of the Second Region of the National Labor Relations Board had reasonable cause to believe that the defendant had committed an unfair labor practice. Accordingly the issuance of the injunction pending the Board hearing was proper under the National Labor Relations Act § 10(*l*), 29 U.S.C. § 160(*l*).

Affirmed.